**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELVIRA LOPEZ, *individually and on behalf of all those similarly situated*,

        Plaintiff,

        v.

MAYBORN USA, INC.,

        Defendant.

Case No.: 3:24-cv-1164-MPS

## DEFENDANT MAYBORN USA, INC.'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mayborn USA, Inc. ("Mayborn") moves to Dismiss Plaintiff's Complaint and each claim therein. The grounds for the Motion are that Plaintiff fails to state any claim upon which relief can be granted, that Plaintiff fails to allege Article III standing to bring any of her claims, and that Plaintiff fails to allege Article III standing to pursue any claim for injunctive relief. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law in Support of Defendant Mayborn USA, Inc.'s Motion to Dismiss.

This Motion is supported by the Memorandum of Law, the accompanying Request for Judicial Notice, the accompanying declaration of William P. Cole, the pleadings and records on file herein, and such other matters as may be properly brought before the Court before or during any hearing on this motion.

/ / /

1

Dated: September 30, 2024

/s/ William P. Cole
AMIN WASSERMAN GURNANI, LLP
William P. Cole (pro hac vice)
Matthew R. Orr (pro hac vice)
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213-933-2330
wcole@awglaw.com
morr@awglaw.com

Walter B. Welsh, ct27210
Welch IP Law LLC
PO Box 1267
Darien, CT 06820
Telephone: 203-321-6303
walter@welshiplaw.com
litigation@welshiplaw.com

*Attorneys for Defendant Mayborn USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2024, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ William P. Cole*
William P. Cole