**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELVIRA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYBORN USA, INC.,<br><br>Defendant. | Case No. 3:24-cv-01164-MPS<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>November 19, 2024 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elvira Lopez ("Plaintiff"), by and through her counsel, notices the Court of her voluntary dismissal of her claims against Defendant Mayborn USA, Inc. ("Defendant") with prejudice. Plaintiff dismisses her claims before Defendant has served either an answer or a motion for summary judgment.

Dated:    November 19, 2024

Respectfully submitted,

*/s/ James J. Reardon*
James J. Reardon
**REARDON SCANLON LLP**
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Tel: (860) 955-9455
james.reardon@reardonscanlon.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor

New York, NY 10025
T: (212) 643-0500
mreese@reesellp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, a true and correct copy of the forgoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 19, 2024                          _/s/ James J. Reardon, Jr._
                                                                James J. Reardon, Jr.